I have extreme desabelities / I dont Know Personal names of jail staff from disorder
Over years of injuries - seizures - Loss of Hearing/speech Beaten medical reports - Does stated of other desability and autism -> From beating failure - hit in head many times affected me for life

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED10 MAY '23 10:19USDC-ORP

Portland DIVISION

In Court They use Perez as name

CARMEN McClintock / Perez
*(Enter full name of plaintiff)*

Plaintiff,

v.

12th/13th work on oct 22
Dont Know Personal names
Jail Staff Employees
Jail Comander - Dont remember name
Sheriff (Boss) Mark Garton
report made to them
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:23-cv-00696-AN
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Due to Autism, Braindisorder hard to remember name

Jury Trial Demanded

☐ Yes ☒ No

## I. PARTIES

All reply must by Mail only

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Carmen McClintock / Perez

Street Address: 1155 Stettler ST

City, State & Zip Code: Dallas OR 97338

Telephone No.: DEAF - Autism -

a Person call places on my behalf but her phone is a private Line can not give number out

Not detained Was Oct 12/13 23 + times before

**Defendant No. 1** (handwritten: 3)
Name: Polk County Jail employee — was all employees on Oct 12, 73-23 - Dont know their names
Street Address: 884 SE Jefferson St.
City, State & Zip Code: Dallas Or 97338
Telephone No.: 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

**Defendant No. 2**
Name: SHEriff Mark Garton - boss
Street Address: 850 Main St
City, State & Zip Code: Dallas Or 97338
Telephone No.: 503-623-9251

I repeated it to Sergt of jail comandler - but he did nothing - let employees hurt me - Sheriff Garton knew issue - I did write to another PC Corp - A very good friend of mine - He's a sergt - Sergt T. [illegible] - Dont know if he forward any information but he knew jail abuse in all ways extremely more than once

**Defendant No.** [crossed out]
Name:
Street Address:
City, State & Zip Code:
Telephone No.:

**Defendant No. 3** (handwritten over 4)
Name: Comander of Polk County Jail
Street Address: 884 SE Jefferson St
City, State & Zip Code: Dallas or 97338
Telephone No.: 503-623-9254

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim) Polk County Jail - Sheriff dept Cl Sheriff Mark Garton - boss of Dept

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

(1) My civil Rights - being Abuse / neglect Assulted - beating & sexual touch Racist remarks - They told me - spread legs - Call me a retard - They treated me like a dog due to my race & extreme disabilities - Also they starve me 2 days to food much more to me.

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

It includes All jails Staff

Oct 12th - 22, I was detained at Polk county jail 11:30pm - try talk due to my disabilities Hard to do (1) They put me in a room Cell 5, very cold - They refuse give me blanket. I told them I been sick - Throw up blood - dealing with medical issues. They told me, They don't care - I got sicker on cold - I also try tell them I'm very limit - what I can eat - Cats allergies & so on They told me to my face - Fine Retard, you can starve They starve me 2 days - never; bother to ask what I can eat never give me time of day for food issue - They did not give me food. They refuse give me any Medical help or assistance

Also I had cover myself with mats to keep warm They Turn AC up - I sit on floor Cold, sit up can not Lie down breathing problem, I try tell them - They don't listen just laugh and make degrementary remarks to me

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Also when they do checks - They open door and start to kick me hard on legs - Men guards did this and at



times - Thy scream - Are you alive Retard - I can hear a little High Pitch sound, I did try said Dont Kick me You hurt me - Thy laugh and Make fun of me / speech & scream Racist remarks

**Claim III**

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Also when I was by door of room, in lobby area, I try talk to 1 guard - Another guard behind me - touch me sexually by Putting his hand on my back - Moving it up / down - like rubbing my back - I swung around & said try dont touch me, Then I turn back to 1 officer I try talk to - Again officer touch me, put his hand on my R arm / elbow - Touching sexual - his hand moving back / forth on my arm / elbow - Again I try said - Dont Touch me - Get away from me - I dont let NO one touch me (few knew in past I was beaten / Raped) I dont let NO one Touch Me / On Oct 13th They abuse / neglect me - by taking TP away - Told me wipe my ass with my Hand.

This is sexual touching w/o my permission

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*



Included is paper written out of everything

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me. I file bias report / state complaints TO Public Safety / Standard office / H.R. Accountability & to the PC head of jail & a letter to PC Commissioner (Commissioner Hansen)

☒ Yes ☐ No

Also PC judges knew about it – Judge Hill – He dismissed all cases on me. No charges on me – He knew PC jail abuse me

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I want compensation for mental / emotional abuse, injuries my rights violated – treated unfairly / disrespected – neglect – starving me / racist / discriminatory remarks. I will leave the amount up to the Courts to decide what I should get – cause of my extreme disabilities – I have no knowledge of amount I can ask for or get. Due to injuries (leg) it was swollen / black & blue for 2 weeks. I had put ice on it – to get swelling down. Also they cause me more sickness – puking up blood & plus no food 2 days & it affected me more mental problems of being sexual touch & so on

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8 day of May, 2023.

Carmen McClintock / Perez
*(Signature of Plaintiff)*

Cont.

FILED 10 MAY '23 10:20 USDC-ORP

Claim 4
Against jail Comander for not dealling with my Complaint in proper way, Refuse to do anything or not reply back to me by letter,

claim 5 Also On Sheriff Mark Garton He is The Boss of Sheriff dept and The jail. He had knowledge of issues, Plus I email a Sept [illegible] - A Good friend - Have him forward information to, He Knows I always Get abuse in PC jail & MC jail Sheriff Garton had told people people with disabilitys is 2nd class and retarded - we dont have Same rights. This is BIAS / Racist to me bother who is disable He does not like me - cause me & my PC cop friend problems & my friend & others been told - Dont waste Their time to help people like me - Im a nobody & a Stupid retard, So he refuse to handle my issues or have any other employee handle any thing for me - Even Im a Victim.

(3)

I was abuse frequent many ways due to my race (disabilities (extreme) PG jail had done this before to me is in past They extremely beaten me Handcuff me backward to my leg - chain to the wall - laugh - call me retard Kick me - hit me in back of head - 2hrs chain up - made me pee on myself They laugh - Call me names, This happen long time ago. Also in 2014 I was extremely beaten / Sexual assulted by Male guard. This happen at Marion County jail - I had witnesses - Tort Claim, file a formal Complaint.

I'm Tired of being beaten and abuse - I have Rights I file these papers on Polk County jail / Supervisor and boss Sheriff Mark Garton

This issue had cause me more medical issues from Mental / Emotional abuse bruises on leg - which was swollen & black / blue marks.

I also have Petit Seizures and deal with breathing issues - So I never lay flat - Plus being Autism / [illegible] / TK Syndrome - Cause me more mental / emotional problems

I did file complaints to Jail commander - nothing was done -

(7) before I - he had told other people with disabilities is 2nd class & retarded - we dont have same rights as others. He told many people - I stressed/retarded - Dont help or worse - tore on people like me. PSS office got many complaints on him & then dept

On Sheriff Garton ????? Krewol issue - Refuse to do anything - Her very racist to me - I file complaints on him

I have many issues of what Polk County jail Shed to me.

On oct 12th 22, I was falsely arrested for a civil matter - A Stalking order violation I never committed. Stalking order is false. The State of Appeal office is handling this issue. The Stalking Violation was dismissed by Polk County circuit court judge Hill in January 23.

When I was arrested - I was Physical ASSULTED Harm by dallas Police offices - I did file a major complaint ????? with PSS office in Salem & Dallas city Manager

On oct 12th 11:30pm I was taken to Polk County jail. I try talk my Speech is Very difficult due to my Disabilities / Deafness - I was put in a room. They had it cold - They gave me no blankets. I told - try speak I been ill - They tell me I read their lips. They did not care. I was throwing up blood - pressing blood. Again they did not care - They thought it was funny. Also I'm Very limited what I can eat - I told them - They said fine retard - you can Starve. They starve me for 2 days. Never bother to listen of my food allergies. Turn over

(20)

I Sat on floor - covering body / face with mats - They came in Room & Start to Kick me hard on my leg, every time They open door - They Kick me - I try tell Them - Dont Kick me They Scream words loud - Retard Also when They Came in front of me They Make fun of me - call me Name They Never gave me Hygeene items They Stole my coins $2.00 If I ~~came~~ was out - in lobby - try talk to 1 guard - Another one Sexual Touch me by putting his hand on my back - Move it up/down - I swung around & Try Said - Dont touch me - I turn back around to Talk to 1st guard - Then This other guard who Sexual touch my back - Put his hand on my right arm / elbow - Sexually Again I told him not touch me Jail Staff is Not permitted Touch any female like This. They got me more Stickers - No blanket & they keep AC on. A female gave me blanket early morning of 13th. I could Not Walk or Stand. Also on these days - No interpreter - They ask me questions about arrest issue - No Rights read / communicate to Me When Dallas officer question Me No rights Read to me - No interpreter On 13th - When I was in Court - I go back to Room

They took my T.P - I ask for it - One guard came to door & told me to wipe my own ass with my Hands Retard then the man gave me T.P after I clean my hands (?) I had bruises on my leg I got bail out on 13th then later (?) from them Kicking me - was Very sick too.

FILED 10 MAY '23 10:19 USDC-ORP

FILED 4 MAY '23 10:39 USDC-ORP

To Honorable Judge / Courts
"Who it May Concern"

My Name is Carmen McClintock / Percy

I have a question - since your Court is above County / State Courts you might be able to help me?

I'm Deaf and Some Autism and other other disabilities. I had legal court issues in Polk County - All issues was dismissed on me. But when I was charge falsely - A lawyer Assulted me - Abuse me & Try run me down in cross walk - Also she Violated my rights - I file formal charge on her & Complaint to State Bar / ADA & Public Safety Stanford office - This charge on me = Dismissed. Due to my disability + Race (Hispanic / Peruvian) Time I was in jail - Oct 12/13th 22 I was Physical assulted / neglect, Abuse in all way by Jail Staff - I did file Charges / complaint to Agencies - I was falsely arrested / Assulted by Dallas Police officer & falsely detain & get abuse in jail - This issue was dismissed on me - Falsely arrested - No rights communicated to me - Been abuse

Turn over

Polk County jail had abuse me everytime I was in jail - 2019 - Marion County jail extreme abuse me & Assult & told me They was going rape me. cop got on my back & grab me between me legs & Sexual assulted Me. Much more

Issue in Polk County - No interpreter for me in jail - No rights read to me - Can't hear - They violated My Rights - Many ways.
Court did have interpreter for me
Lawyer - No to communicate in office or anywhere.

I would like to know can your Federal Courts handle my issue to Sue Polk County jail for abusement / Rights Violation under ADA Law. I did file complaints to them - But it seem like everyone Try Sweep it under Carpet. I have Rights to be Treated fairly / Repect & Not to be hurt & abuse - Jail treated me as a dog - call me names - They tell me read their lips - I was a already a Stupid & breed retard, Also I file 3 ten Complaints on Them - I'm NOT Retarded I have disabilities & Manage get up to 3 College degrees & much more

So if your Court can help me - So I say for myself - Because all this - Had cause me mental emotional stress & severe medical issues, & Please let me know if I can't can help me. Thank you Jerry [illegible] McDonald Cause

OR
97338

$1.74
US POSTAGE
FIRST-CLASS
062S12265076
97338
000033484

United States District Court
office of the clerk
District of oregon
740 United States Court house
1000 S.W. Third Avenue
Portland oregon
97204-2902