IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARMEN ELSA MCCLINTOCK PEREZ,

          Plaintiff,

    v.

JAIL STAFF EMPLOYEES, JAIL COMMANDER, and SHERIFF MARK GARTON,

          Defendants.

Case No. 3:23-cv-00696-AN

JUDGMENT

NELSON, District Judge.

    Because Plaintiff has not responded to the Court's August 1, 2023 Order (#6) dismissing his Complaint with leave to amend, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, with prejudice. Pending motions, if any, are DENIED AS MOOT. This Court certifies that any appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

September 6, 2023
DATE

_____
Adrienne Nelson
United States District Judge

1 - JUDGMENT